UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:17-CR-24-1H

UNITED STATES OF AMERICA

v.

DARIUS COTY WHITAKER

ORDER

On motion of the Defendant, Darius Coty Whitaker, and for good cause shown, it is hereby ORDERED that the Motion at Docket Entry #53 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

IT IS SO ORDERED.

This 3rd day of October, 2018.

MALCOLM J. HOWARD
Senior United States District Judge